IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EDWARD G. FRAZEE, ) | |
| TAX MATTERS PARTNER, MARSH ) | |
| LIMITED LIABILITY CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. WMN 02-1816 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN -3  A 11: 48

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

### ORDER

This matter comes before the Court on the parties' joint motion for an enlargement of the discovery period. Having considered the motion and for good cause shown, the Court GRANTS the motion. Therefore, the Court ORDERS

(1)  The discovery deadline and the submission of the status report are rescheduled to February 21, 2003;

(2)  Requests for admission are due February 28, 2003; and

(3)  Dispositive pretrial motions are due March 21, 2003.

So ordered this _____ day of _____, 2003.

_____ 1/2/03
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 31st day of December, 2002, by mailing, postage prepaid, addressed to:

    Paula M. Junghans
    Piper Rudnick, LLP
    1200 19th Street, NW
    Washington, DC 20036

                                        JASON S. ZARIN