UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

September 5, 2003

Paula M. Junghans, Esq.
Jason S. Zarin, Esq.
Thomas M. DiBiagio, Esq.

    Re:  Frazee v. United States
         Civil action No. WMN-02-1816

Dear Counsel:

    I have scheduled a telephone status conference, to be initiated by counsel for the government, for Wednesday, September 24, 2003, at 9:45 a.m.

    At that time, I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

                          Very truly yours,

                          /s/

                          William M. Nickerson
                          Senior United States District Judge

WMN:ce

cc:  Court File