IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EDWARD G. FRAZEE,<br>TAX MATTERS PARTNER, MARSH<br>LIMITED LIABILITY CO.,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. WMN 02-1816<br>)<br>)<br>)<br>)  |

DEFENDANT'S LIST OF EXHIBITS

The following are defendant's additional exhibits not listed in the Proposed Pre-Trial Order.[1]

1. Developer's statement of intent, October 13, 1999 (Myers Dep. Ex 1.)

2. Uniform Standards of Professional Appraisal Practice Standard 2-3 (Goodfellow Dep. Ex. 3.)

3. MUG, LLC, Articles of Incorporation (Goodfellow Dep. Ex. 4.)

4. Topographical Map of Marsh Mountain (Goodfellow Dep. Ex. 6.)

---

[1] Defendant submitted a list of these exhibits to plaintiff's counsel by email on March 16. On March 17, plaintiff's counsel replied that she would have these exhibits and a list of the plaintiff's "reserved" exhibits (Pretrial Ord. Exs. 22–29) added to an amended proposed pretrial order. Inasmuch as plaintiff did not file an amended proposed pretrial order, defendant is filing this list unilaterally. Defendant therefore apologizes for filing its list separately.

    5.    Map of Area Showing Goodfellow's Comparable Land Sales (Goodfellow Dep. Ex. 7.)

    6.    Appraisal by David Brooks, October 29, 2001 (Proposed Pretrial Ord. Ex. No. 33.)

    7.    Appraisal by David Brooks, October 16, 2001 (Proposed Pretrial Ord. Ex. No. 32.)

    8.    Appraisal by David Brooks, September 25, 2000 (Proposed Pretrial Ord. Ex. No. 34.)

Respectfully submitted,

/s/ Jason S. Zarin

_____

JASON S. ZARIN
D. Md. Fed. Bar No. 14584
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-0472

OF COUNSEL:

THOMAS M. DIBIAGIO
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Defendant's List of Exhibits has been made this 24th day of March, 2004, by electronic mail service addressed to:

>Paula M. Junghans
>Piper Rudnick, LLP
>Paula.Junghans@piperrudnick.com

/s/ Jason S. Zarin
_____
JASON S. ZARIN