# EDWARD G. FRAZEE

## vs.

## UNITED STATES

2004 MAR 3   A 11: 42

Civil No. WMN-02-1816                                     PLAINTIFF'S Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 01 | | MAR 29 2004 | *See attached list* |
| 02 | | MAR 29 2004 | |
| 04 | | MAR 29 2004 | |
| 05 | | MAR 29 2004 | |
| 06 | | MAR 29 2004 | |
| 07 | | MAR 29 2004 | |
| 08 | | MAR 29 2004 | |
| 09 | | MAR 29 2004 | |
| 11 | | MAR 29 2004 | |
| 14 | | MAR 29 2004 | |
| 16 | | MAR 29 2004 | |
| 17 | | MAR 29 2004 | |
| 18 | | MAR 29 2004 | |
| 19 | | MAR 29 2004 | |
| 20 | | MAR 29 2004 | |
| 21 | | MAR 29 2004 | |
| 22 | | MAR 29 2004 | |
| 23 | | MAR 29 2004 | |
| 24 | | MAR 30 2004 | |
| 25 | | MAR 30 2004 | |

U.S. District Court (Rev. 3/1999) - Exhibit List

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 26 | | MAR 29 2004 | |
| 27 | | MAR 29 2004 | |
| 28 | | | |
| 30 | | MAR 30 2004 | |
| 31 | | MAR 29 2004 | |
| | | MAR 29 2004 | |

U.S. District Court (Rev. 3/1999) - Exhibit List

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDWARD G. FRAZEE,
TAX MATTERS PARTNER,
MARSH MOUNTAIN LIMITED LIABILITY
CO.,

      Plaintiff

v.

UNITED STATES OF AMERICA,

      Defendant

Civil Action No. WMN-02-1816

## PLAINTIFF'S EXHIBIT LIST

| No. | Description | ID | Admitted |
|---|---|---|---|
| 1 | Appraisal of 2383 acres ("Brenneman tract") dated May 17, 1994 by Herbert S. Lambert of First United Bank & Trust | | MAR 29 2004 |
| 2 | Foreclosure Deed from Horace P. Whitworth, Jr. and W. Dwight Stover, Trustees, to Karen F. Spiker, Trustee, June 9, 1994 | | MAR 29 2004 |
| 3 | Deed from Karen F. Spiker, Trustee, to Marsh Mountain LLC, January 25, 1995 | | |
| 4 | Purchase Option Agreement between Marsh Mountain LLC and DC Development LLC, January 25, 1995 | | MAR 29 2004 |
| 5 | Letter from DC Development LLC to Marsh Mountain LLC, December 1, 1998 re release of 550 acres from purchase option agreement | | MAR 29 2004 |
| 6 | Letter from Marsh Mountain LLC to DC Development LLC, December 1, 1998 re waiver of term | | MAR 29 2004 |
| 7 | Amended Articles of Incorporation for Adventure Sports Center, Inc., December 2, 1998 | | MAR 29 2004 |
| 8 | Articles of Incorporation, By-Laws and tax exempt status certification for Garrett County Community Action Committee, Inc. | | MAR 29 2004 |
| 9 | Letter from DC Development to Maryland Environmental Trust, November 19, 1998 | | MAR 29 2004 |
| 10 | Letter from Maryland Environmental Trust to DC Development, November 17, 1998 | | |
| 11 | Memorandum from Maryland Environmental Trust to Karen Myers, November 18, 1998 | | MAR 29 2004 |

EXHIBIT B

| 12 | Letter from DC Development to Maryland Environmental Trust, November 18, 1998 | |
| --- | --- | --- |
| 13 | Memorandum from Barbara Levin to Maryland Environmental Trust, November 20, 1998 | |
| 14 | Handwritten schedule of Lots 1-274 with attached layout drawing | MAR 29 2004 |
| 15 | Memorandum, "Recap DC Development Meeting", November 24, 1998 | |
| 16 | Schedule of lots 1-274 with attached site elevation map and slope study | MAR 29 2004 |
| 17 | Fax memo from Maloney & Associates re "info on appraisal", December 3, 1998 | MAR 29 2004 |
| 18 | Appraisal by E. Ted Golden, December 14, 1998 | MAR 29 2004 |
| 19 | Deed from Marsh Mountain LLC to Garrett County, Maryland Community ActionCommittee, Inc, December 21, 1998. | MAR 29 2004 |
| 20 | Appraisal by Michael Goodfellow, March 19, 2001 | MAR 29 2004 |
| 21 | Concept plan of Wisp area | MAR 29 2004 |
| 22 | Map | MAR 29 2004 |
| 23 | WVA map | MAR 29 2004 |
| 24 | Appraisal | MAR 30 2004 |
| 25 | A&A Realty Guide | MAR 30 2004 |
| 26 | Aerial photograph of donated property and vicinity (snow) | MAR 29 2004 |
| 27 | Aerial photograph of donated property and vicinity (without snow) | MAR 29 2004 |
| 28 | Long & Foster Realty Guide | MAR 30 2004 |
| 29 | | |
| 30 | Form 1065, U.S. Partnership Return of Income, Marsh Mountain LLC, 1999. | R 29 2004 |
| 31 | Notice of Final Partnership Administrative Adjustment, March 14, 2002. | MAR 29 2004 |
| 32 | Review Appraisal by David Brooks, September 25, 2000 | |

EXHIBIT B

| 33 | Review of Appraisal by David Brooks, October 16, 2001 | | |
|----|-------------------------------------------------------|--|--|
| 34 | Appraisal by David Brooks, October 29, 2001           | | |
|    |                                                       | | |
|    |                                                       | | |
|    |                                                       | | |
|    |                                                       | | |
|    |                                                       | | |
|    |                                                       | | |
|    |                                                       | | |

EXHIBIT B