IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDWARD FRAZEE | : | |
| | : | |
| v. | : | Civil Action WMN-02-1816 |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |

**ORDER**

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 8th day of April, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That the December 1998 value of the 550 acre parcel of land donated by Marsh Mountain Limited Liability Company to Garrett County Maryland Community Action, Inc. was $1,635,425 or $2,973.50 per acre;

2. That Plaintiff's tax liability shall be adjusted accordingly;

3. That Civil Action No. WMN-02-1816 is hereby CLOSED; and

4. That the Clerk of the Court shall transmit copies of the foregoing Memorandum and this Order to all counsel of record.

                                                                        /s/
                                          William M. Nickerson
                                          Senior United States District Judge