IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EDWARD G. FRAZEE, ) <br> TAX MATTERS PARTNER, MARSH ) <br> LIMITED LIABILITY CO., ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v.  ) <br>  ) <br> UNITED STATES, ) <br>  ) <br> Defendant. ) | Civil No. WMN 02-1816 |

JOINT MOTION TO AMEND JUDGMENT

Pursuant to Fed. R. Civ. P. 59(e), the parties respectfully request the Court to amend its judgment order dated April 8, 2004. As grounds for this request, the parties state that this matter was brought as a petition for judicial review of the final partnership administrative adjustments (FPAA) for tax year 1998 of Marsh Mountain, LLC, under 26 U.S.C. § 6226(a), and that although the Court's order resolves the substantive issues in this case (*i.e.*, the value of the donated 550-acre property and the applicability of the valuation penalty), it does not review the FPAA. The parties therefore ask that the Court amend its judgment to provide explicit guidance under 26 U.S.C. § 6226(f). A proposed amended judgment is submitted with this motion.

In submitting this joint motion, neither party waives any right to appeal from the judgment so entered.

DATED:        April 12, 2004

                                                  Respectfully submitted,

/s/ Paula M. Junghans
PAULA M. JUNGHANS, #589
Piper Rudnick, LLP
1200 19th Street, NW
Washington, DC 2036-2412
Telephone: (202) 861-3900

Counsel for Plaintiff

/s/ Jason S. Zarin
JASON S. ZARIN, #14584
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-0472

Counsel for Defendant

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Joint Motion to Amend Judgment has been made this 12th day of April, 2004, by electronic mail service addressed to:

>Paula M. Junghans
>Piper Rudnick, LLP
>Paula.Junghans@piperrudnick.com

/s/ Jason S. Zarin
_____
JASON S. ZARIN