IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

EDWARD G. FRAZEE,
TAX MATTERS PARTNER, MARSH        )
LIMITED LIABILITY CO.,

       Plaintiff,
                            )
v.                          )   Civil No. WMN 02-1816
                          )
UNITED STATES,

       Defendant.

## AMENDED JUDGMENT

This action came on for trial before the Court, Honorable William M. Nickerson, District Judge, presiding, and the issues have been duly tried and a decision has been duly rendered.

Accordingly, the Court orders and adjudges that the primary position asserted in the notice of final partnership administrative adjustment (FPAA) for tax year 1998 directed to Edward Frazee, tax matters partner for Marsh Mountain, LLC, is SUSTAINED, subject to the following modifications:

- That the December 1998 value of the 550-acre parcel of land donated by Marsh Mountain Limited Liability Company to Garrett County Maryland Community Action, Inc., was $1,635,425, or $2,973.50 per acre;

- That Marsh Mountain, LLC's charitable contribution shall be adjusted from $2,750,000 to $1,635,425; and

- That the substantial valuation misstatement penalty assessed under 26 U.S.C. § 6662 shall be abated.

So ordered this 14th day of April, 2004.

_____
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

/s/ Paula M. Junghans
PAULA M. JUNGHANS, #589
Piper Rudnick, LLP
1200 19th Street, NW
Washington, DC 2036-2412
Telephone: (202) 861-3900

Counsel for Plaintiff

/s/ Jason S. Zarin
JASON S. ZARIN, #14584
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-0472

Counsel for Defendant